NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELWOOD J. LEBLANC, JR. and JANICE L. LEBLANC,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5073

---

Appeal from the United States Court of Federal Claims in 05-CV-743, Judge Francis M. Allegra.

---

## ON MOTION

---

## ORDER

Upon consideration of Elwood J. LeBlanc, Jr. and Janice L. LeBlanc's unopposed motion for a 28-day extension of time, until June 30, 2010, to file their opening brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions will be granted.

FOR THE COURT

JUN 0 3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Thomas E. Redding, Esq.
    Deborah K. Snyder, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 3 2010

**JAN HORBALY**
**CLERK**